IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00248-REB-BNB

WHITE RIVER VILLAGE, LLP,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant.

Civil Case No. 08-cv-00359-REB-KMT

WHITE RIVER TOWNHOMES, LLC,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, and
HEPWORTH-PAWLAK GEOTECHNICAL, INC.,

    Defendants.

## ORDER GRANTING MOTION TO CONSOLIDATE

**Blackburn, J.**

This matter is before me on the **Unopposed Motion of Fidelity and Deposit Company of Maryland To Consolidate Cases Pursuant to Fed. R.Civ.P. 42(a)** [#14], filed March 19, 2008. Fidelity and Deposit seeks to consolidate Civil Action No. 08-cv-00359-REB-KMT with Civil Action No. 08-cv-00248-REB-BNB. The motion is well taken, unopposed, and granted.

Both Civil Action No. 08-cv-00248 REB-BNB and Civil Action No. 08-cv-00359 REB-KMT concern the same construction project, and both cases revolve around two central disputes: (1) Fidelity and Deposit's claims for payment for its completion of the construction

contract; and (2) the property owners' claims that the construction work was defective and was unduly delayed. Under FED. R. CIV. P. 42(a), the court may consolidate cases involving common questions of law or fact. Common questions of law and fact are predominant in the two above-captioned cases.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion of Fidelity and Deposit Company of Maryland To Consolidate Cases Pursuant to Fed. R. Civ. P. 42(a)** [#14], filed March 19, 2008, is **GRANTED** consistent with the following orders;

2. That under FED. R. CIV. P. 42(a)(2), and D.C.COLO.LCivR 42.1, Civil Action No. 08-cv-00359-REB-KMT is **CONSOLIDATED** with Civil Action No.08-cv-00248-REB-BNB for all purposes;

3. That under D.C.COLO.LCivR 42.1, Civil Action No. 08-cv-00359-REB-KMT **IS REASSIGNED** to Magistrate Judge Boland; and

4. That the two consolidated actions **SHALL** be captioned as follows:

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP,

    Plaintiff,
v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant.

Dated July 16, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**