IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with (08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP,

Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the following:

(1) **Plaintiffs' Motion to Require Defendant to Make Disclosures Pursuant to F.R.C.P. 37** [Doc. # 32, filed 8/5/2008] (the "Motion to Compel");

(2) Plaintiff's **Motion to File Amended Complaint** [Doc. # 37, filed 8/8/2008] (the "Motion to Amend Complaint");

(3) **Fidelity and Deposit Company of Maryland's Motion for Leave to File Amended Answer, Counterclaims, and Third-Party Complaint** [Doc. # 38, filed 8/8/2008] (the "Motion to Amend Answer"); and

(4) **Defendant/Third Party Plaintiff Fidelity and Deposit Company of Maryland's Motion for and Enlargement of Time to Amend Pleadings and Add Parties** [Doc. # 35, filed 8/8/2008] (the "Motion for Enlargement of Time").

I held a hearing on the motions yesterday and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED. Defendant Fidelity and Deposit Company of Maryland shall make supplemental disclosures consistent with this order on or before **September 10, 2008**.

IT IS FURTHER ORDERED that the Motion to Amend Complaint is GRANTED. The Clerk of the Court is directed to accept for filing White River Village, LLP and White River Townhomes, LLC's Amended Complaint and Request for Jury Trial [Doc. # 37-2]. The defendants shall answer or otherwise respond to the Amended Complaint on or before September 15, 2008.

IT IS FURTHER ORDERED that the Motion to Amend Answer is GRANTED. Defendant Fidelity and Deposit Company of Maryland shall file its amended answer, counterclaims, and third-party complaint on or before **September 15, 2008**.

IT IS FURTHER ORDERED that the Motion for Enlargement of Time is DENIED as premature.

Dated August 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge