**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on **White River's Motion For Reconsideration of the Court's October 7, 2008 Order Striking White River's Reply in Support of Motion For Determination of Law Pursuant To Fed.R.Civ.P. 56 and Response To F&D's Cross-Motion For Determination of Law** [#90], filed October 8, 2008. The motion is **GRANTED**. The court's **Minute Order** [#89] entered October 7, 2008, is striking the pleading is **WITHDRAWN**. **White River's Reply in Support of Motion For Determination of Law Pursuant To Fed.R.Civ.P. 56 and Response To F&D's Cross-Motion For Determination of Law** [#87] is accepted for filing.

    Dated: October 8, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.