IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No.   08-cv-00248-REB-BNB | Date: October 10, 2008 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| WHITE RIVER VILLAGE, LLP, | Jeffrey Stalder |
| Plaintiff, | |
| v. | |
| WHITE RIVER TOWNHOMES, LLC, | Jeffrey Stalder |
| Consol Plaintiff, | |
| v. | |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, | Vincent Wegher |
| Defendant, | |
| v. | |
| HEPWORTH-PAWLAK GEOTECHNICAL, INC., | Philip Cardi |
| Consol Defendant. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     1:28 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Plaintiffs' exhibit 1 offered and received.

**ORDERED:** **Second motion to compel disclosures by plaintiffs filed 9/5/08; Doc. 69 is granted as stated on the record. Documents to be copied shall be provided on or before October 15, 2008.**

**ORDERED:** **White River's motion to compel discovery by plaintiff filed 9/23/08; Doc. 78 is granted in part and denied in part as stated on the record. Documents to be provided on or before on or before October 17, 2008. Supplemental Discovery responses shall be provided on or before October 24, 2008.**

Court in Recess        2:59 p.m.        Hearing concluded.    Total time in Court:    01:31

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.