IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with (08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP,

Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the following:

(1) Plaintiff's **Second Motion to Compel Disclosures** [Doc. # 69, filed 9/5/2008] (the "Motion to Compel Disclosures"); and

(2) **White River's Motion to Compel Discovery** [Doc. # 78, filed 9/23/2008] (the "Motion to Compel Discovery").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel Disclosures is GRANTED. Fidelity and Deposit Company of Maryland ("F&D") shall make the documents available to the plaintiff for the purpose of copying those selected without any requirement that the plaintiff identify the specific documents selected for copying. Plaintiff's counsel shall prepare a list of the Bates numbers of the documents copied, sign the list before a notary public, and retain that list in his files for purposes of document control should that matter subsequently arise.

IT IS FURTHER ORDERED that the Motion to Compel Discovery is GRANTED IN PART and DENIED IN PART as follows:

    Interrogatory No. 1:   Granted.

    Interrogatory No. 2:   Denied.

    Interrogatory No. 3:   Granted.

    Interrogatory No. 7:   Granted.

    Interrogatory No. 8:   Granted.

    Interrogatory No. 9:   Granted.

    Interrogatory No. 10:  Granted.

    Interrogatory No. 11:  Denied.

    Interrogatory No. 12:  Granted with respect to the basis of the claim for attorney fees and denied with respect to the amount and nature by specific category of the fees claimed.

    Production Request No. 2:    Granted, but the production may be made subject to a blanket protective order which the parties may prepare and submit for my review.

    Production Request No. 3:    Granted with respect to all aspects of the personnel file which may be relevant to issues in this case, subject to a blanket protective order which the parties may prepare and submit for my review, and denied with respect to irrelevant portions of the personnel file concerning such things as insurance coverage and claims, number and identity of dependents for tax purposes, and the like.

    Production Request No. 5:    Granted to require F&D to identify all proceeding responsive to the request and to produce documents responsive to the request and arising out of the New Mexico litigation between F&D and S&S Joint Venture.

Production Request No. 6:   Granted.

Production Request No. 7:   Granted.

Production Request No. 8:   Denied.

Production Request No. 9:   Granted.

Admission Request No. 1:   Denied.

Admission Request No. 2:   The parties are directed to confer concerning this request in an effort to resolve the matter between themselves.

Admission Request No. 3:   Granted.

Admission Request No. 4:   Denied.

Admission Request No. 5:   Denied.

Admission Request No. 6:   Granted.

Admission Request No. 7:   Denied.

IT IS FURTHER ORDERED that F&D shall produce the documents required by this order for inspection and copying on or before **October 17, 2008**, and shall provide supplemental responses to the interrogatories and admission requests as required by this order on or before **October 24, 2008**.

Dated October 10, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge