IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with (08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP,

Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the Motion for Protective Order (docket no. 111) is GRANTED.


DATED: October 17, 2008