IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant/Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE, a New Mexico general partnership,
CLASS CONSTRUCTION, INC., a Colorado corporation,
BELLAVISTA BUILDERS, a New Mexico corporation,
COOKEY'S MECHANICAL, INC., a Colorado corporation,
CRUZAN CONSTRUCTION COMPANY, a Colorado company.
C.E.S.M., LLC, a Colorado limited liability company,
G CONSTRUCTION, INC., a Colorado corporation,
DAVE PALARDY PAINTING, INC., a Colorado corporation,
RENTERIA ROOFING, a general partnership,
EC CONTRACTORS, LLC, a domestic limited liability company,
M.M. SKYLINE CONTRACTING, INC., a Colorado corporation, a/k/a Skyline Contracting,
WEST CANYON TREE FARM, INC., a Colorado corporation,
STAR PRECAST CONCRETE, a registrant with the Colorado Secretary of State,
KOJIN CONSTRUCTION, LLC, a Colorado limited liability company,
B&B PLUMBING, INC., a Colorado corporation d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD, a New Mexico corporation,

Third-Party Defendants.

---

**ORDER DISMISSING
THIRD-PARTY DEFENDANT WEST CANYON TREE FARM, INC.**

---

**Blackburn, J.**

The matter before me is **Defendant/Third Party Plaintiff, Fidelity and Deposit Company of Maryland's Notice of Dismissal of Third-Party Defendant West Canyon Tree Farm, Inc.** [#147] filed October 31, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that defendant/third-party plaintiff Fidelity and Deposit Company of Maryland's claims against third-party defendant West Canyon Tree Farm, Inc. should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant/Third Party Plaintiff, Fidelity and Deposit Company of Maryland's Notice of Dismissal of Third-Party Defendant West Canyon Tree Farm, Inc.** [#147] filed October 31, 2008, is **APPROVED**;

2. That defendant/third-party plaintiff Fidelity and Deposit Company of Maryland's claims against third-party defendant West Canyon Tree Farm, Inc. are **DISMISSED**; and

3. That third-party defendant West Canyon Tree Farm, Inc. is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated October 31, 2008, at Denver, Colorado.

        **BY THE COURT:**

        s/ Robert E. Blackburn
        **Robert E. Blackburn**
        **United States District Judge**