IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-00248-REB-BNB | Date: November 20, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

Consolidated with (08-cv-00359-REB-BNB)

| | |
|---|---|
| WHITE RIVER VILLAGE, LLP, | Jeffery Stalder |
| | Theresa Vogel |
| Plaintiff, | |
| v. | |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, | Vincent Wegher |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| HEPWORTH-PAWLAK GEOTECHNICAL, INC., | Phillip Kardi |
| Consol Defendant | |
| JONATHAN REED & ASSOCIATES, INC., | Jeffery Stalder |
| | Theresa Vogel |
| S&S JOINT VENTURE, a New Mexico general partnership, | Bradley Shefrin |
| CLASS CONSTRUCTION, INC., a Colorado corporation, | Ivan Sarkissian |
| | Sara Holmes |
| BELLAVISTA BUILDERS, a New Mexico corporation, | |
| COOKEY'S MECHANICAL, INC., a Colorado corporation, | L. Kathleen Chaney |
| CRUZAN CONSTRUCTION COMPANY, a Colorado company, | Kenneth Frederickson |
| C.E.S.M., LLC, a Colorado limited liabiliaty company, | Bruce Shibles |
| g. construction inc., A Colorado corporation, | |
| DAVE PALARDY PAINTING, INC., a Colorado corporation, | |
| RENTERIA ROOFING, a general partnership, | |
| EC CONTRACTORS, LLC, a domestic limited liability company, | |

| | |
|---|---|
| M.M. SKYLINE CONTRACTING, INC., <br> A Colorado corporation a/k/a Skyline Contracting, <br> STAR PRECAST CONCRETE, <br> a registrant with the Colorado Secretary of State, <br> KOJIN CONSTRUCTION, LLC, <br> a Colorado limited liability company, <br> B&B PLUMBING, INC., <br> a Colorado corporation d/b/a B&B Plumbing and Heating, <br> WILLIAM BERESFORD, <br> d/b/a William Beresford Painting, and <br> DEKKER/PERICH/SABATINI, LTD., <br> New Mexico corporation, | Stuart Morse <br><br><br><br><br> Bruce Shibles <br><br><br><br> David Nowak |

Third Party Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    8:44 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** M. M Skyline Contracting, Inc.'s motion to stay pursuant to C.R.S. § 13-20-803.5(9) filed 10/20/08; Doc. 131 is denied as stated on the record.

**ORDERED:** Defendant/Third Party plaintiff, Fidelity and Deposit Company of Maryland's partially unopposed motion to amend expert deadlines and extend the deadline for expert depositions filed 11/6/08; Doc. 155 is taken under advisement as stated on the record.

**ORDERED:** Cruzan Construction's motion for protective order on scheduled depositions and joinder in Fidelity and Deposit Company of Maryland's motion to vacate scheduling order, trial preparation order and joint deposition schedule filed 11/18/08; Doc 175 is denied as stated on the record.

Court in Recess    9:42 a.m.    Hearing concluded.    Total time in Court:    00:58

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.