IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with (08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP,

Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

Defendant and Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE, a New Mexico general partnership,
CLASS CONSTRUCTION, INC., a Colorado corporation,
BELLAVISTA BUILDERS, a New Mexico corporation,
COOKEY'S MECHANICAL, INC., a Colorado corporation,
CRUZAN CONSTRUCTION COMPANY, a Colorado company,
C.E.S.M., LLC, a Colorado limited liabiliaty company,
g. construction inc., A Colorado corporation,
DAVE PALARDY PAINTING, INC., a Colorado corporation,
RENTERIA ROOFING, a general partnership,
EC CONTRACTORS, LLC, a domestic limited liability company,
m.m. skyline contracting, inc., A Colorado corporation a/k/a Skyline Contracting,
STAR PRECAST CONCRETE, a registrant with the Colorado Secretary of State,
KOJIN CONSTRUCTION, LLC, a Colorado limited liability company,
B&B PLUMBING, INC., a Colorado corporation d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD., New Mexico corporation,

Third Party Defendants.

_____

**ORDER**
_____

This matter is before me on the following:

(1) **G Construction, Inc.'s Motion to Stay Pursuant to C.R.S. § 13-20-803.5(9)** [Doc. # 130, filed 10/20/2008] ("G Construction's Motion to Stay");

(2) **M.M. Skyline Contracting, Inc.'s Motion to Stay Pursuant to C.R.S. § 13-20-803.5(9)** [Doc. # 131, filed 10/20/2008] ("M.M. Skyline's Motion to Stay");

(3) **Defendant/Third Party Plaintiff, Fidelity and Deposit Company of Maryland's Partially Unopposed Motion to Amend Expert Deadlines and Extend the Deadline for Expert Depositions** [Doc. # 155, filed 11/6/2008] (the "Motion to Amend Expert Deadlines"); and

(4) **Cruzan Construction's Motion for Protective Order on Scheduled Depositions and Joinder in Fidelity and Deposit Company of Maryland's Motion to Vacate Scheduling Order, Trial Preparation Order, and Joint Deposition Schedule** [Doc. # 175, filed 11/18/2008] ("Cruzan Construction's Motion").

I held a hearing on the motions yesterday and made rulings on the record, which are incorporated here. In addition, by separate order entered this morning, I vacated the trial set for May 4, 2009, and the trial preparation conference set for April 17, 2009, at 11:00 a.m.

IT IS ORDERED that G Construction's Motion to Stay is DENIED.

IT IS FURTHER ORDERED that M.M. Skyline's Motion to Stay is DENIED.

IT IS FURTHER ORDERED that the Motion to Amend Expert Deadlines is DENIED AS MOOT in view of the order vacating the trial and setting a supplemental scheduling conference.

IT IS FURTHER ORDERED that Cruzan Construction's Motion is DENIED.

IT IS FURTHER ORDERED that my order that local rule of practice 30.2A, D.C.COLO.LCivR, shall not be enforced in this action is VACATED.

Dated November 21, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge