IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with (08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP,

Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

Defendant and Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE, a New Mexico general partnership,
CLASS CONSTRUCTION, INC., a Colorado corporation,
BELLAVISTA BUILDERS, a New Mexico corporation,
COOKEY'S MECHANICAL, INC., a Colorado corporation,
CRUZAN CONSTRUCTION COMPANY, a Colorado company,
C.E.S.M., LLC, a Colorado limited liabiliaty company,
g. construction inc., A Colorado corporation,
DAVE PALARDY PAINTING, INC., a Colorado corporation,
RENTERIA ROOFING, a general partnership,
EC CONTRACTORS, LLC, a domestic limited liability company,
m.m. skyline contracting, inc., A Colorado corporation a/k/a Skyline Contracting,
STAR PRECAST CONCRETE, a registrant with the Colorado Secretary of State,
KOJIN CONSTRUCTION, LLC, a Colorado limited liability company,
B&B PLUMBING, INC., a Colorado corporation d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD., New Mexico corporation,

Third Party Defendants.

**ORDER**

With the express consent of the district judge:

IT IS ORDERED that the trial of this case set to begin on **May 4, 2009**, and the trial preparation conference set for **April 17, 2009, at 11:00 a.m.**, are VACATED.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **December 10, 2008, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to confer and to submit a proposed supplemental scheduling order on or before **December 8, 2008, at 12:00 noon**.

Dated November 21, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge