IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with (08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP,

Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

Defendant and Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE, a New Mexico general partnership,
CLASS CONSTRUCTION, INC., a Colorado corporation,
BELLAVISTA BUILDERS, a New Mexico corporation,
COOKEY'S MECHANICAL, INC., a Colorado corporation,
CRUZAN CONSTRUCTION COMPANY, a Colorado company,
C.E.S.M., LLC, a Colorado limited liability company,
G. CONSTRUCTION INC., a Colorado corporation,
DAVE PALARDY PAINTING, INC., a Colorado corporation,
RENTERIA ROOFING, a general partnership,
EC CONTRACTORS, LLC, a domestic limited liability company,
M.M. SKYLINE CONTRACTING, INC., a Colorado corporation a/k/a Skyline Contracting,
STAR PRECAST CONCRETE, a registrant with the Colorado Secretary of State,
KOJIN CONSTRUCTION, LLC, a Colorado limited liability company,
B&B PLUMBING, INC., a Colorado corporation d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD., New Mexico corporation,

Third Party Defendants.

_____

**ORDER**
_____

This matter is before me on **White River's Motion for Clarification** [Doc. # 185, filed 11/21/2008] (the "Motion"). The Motion is GRANTED, and my Order [Doc. # 184, filed 11/21/2008] is clarified to provide that all deadlines established by the Scheduling Order [Doc. # 25], as subsequently modified, are VACATED.

Dated November 21, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge