IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with (08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP, and
WHITE RIVER TOWNHOMES, L.L.C.,

Plaintiffs,

v.

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado corporation,

Defendant, and

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

Defendant and Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE, a New Mexico general partnership,
CLASS CONSTRUCTION, INC., a Colorado corporation,
BELLAVISTA BUILDERS, a New Mexico corporation,
COOKEY'S MECHANICAL, INC., a Colorado corporation,
CRUZAN CONSTRUCTION COMPANY, a Colorado company,
C.E.S.M., LLC, a Colorado limited liability company,
G. CONSTRUCTION INC., a Colorado corporation,
DAVE PALARDY PAINTING, INC., a Colorado corporation,
RENTERIA ROOFING, a general partnership,
EC CONTRACTORS, LLC, a domestic limited liability company,
M.M. SKYLINE CONTRACTING, INC., a Colorado corporation a/k/a Skyline Contracting,
STAR PRECAST CONCRETE, a registrant with the Colorado Secretary of State,
KOJIN CONSTRUCTION, LLC, a Colorado limited liability company,
B&B PLUMBING, INC., a Colorado corporation d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD., New Mexico corporation,

Third Party Defendants.

## ORDER

This matter arises on the following:

(1)     **Cookey's Mechanical's Motion for Leave to Designate Non-Parties and Request for Extension of Time to Designate Same** [Doc. # 178, filed 11/19/2008] (the "Motion for Extension"); and

(2)     **Defendant/Third Party Plaintiff, Fidelity and Deposit Company of Maryland's Motion for Protective Order** [Doc. # 197, filed 12/5/2008] (the "Motion for Protective Order").

I made rulings on each of the motions at the supplemental scheduling conference held today, and those oral rulings are incorporated here. In summary and for the reasons stated on the record today:

IT IS ORDERED that the Motion for Extension is DENIED.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED as moot.

Dated December 10, 2008.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge