IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00248-REB-BNB
(Consolidated with (08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP, and
WHITE RIVER TOWNHOMES, L.L.C.,

Plaintiffs,

v.

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado corporation,

Defendant, and

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

Defendant and Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE, a New Mexico general partnership,
CLASS CONSTRUCTION, INC., a Colorado corporation,
BELLAVISTA BUILDERS, a New Mexico corporation,
COOKEY'S MECHANICAL, INC., a Colorado corporation,
CRUZAN CONSTRUCTION COMPANY, a Colorado company,
C.E.S.M., LLC, a Colorado limited liability company,
G. CONSTRUCTION INC., a Colorado corporation,
DAVE PALARDY PAINTING, INC., a Colorado corporation,
RENTERIA ROOFING, a general partnership,
EC CONTRACTORS, LLC, a domestic limited liability company,
M.M. SKYLINE CONTRACTING, INC., a Colorado corporation a/k/a Skyline Contracting,
STAR PRECAST CONCRETE, a registrant with the Colorado Secretary of State,
KOJIN CONSTRUCTION, LLC, a Colorado limited liability company,
B&B PLUMBING, INC., a Colorado corporation d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD., New Mexico corporation,

Third Party Defendants.

# ORDER

This matter arises on the **Third Party Defendant Class Construction's Submission of Joint Proposed Deposition Schedule** [Doc. # 244, filed 1/12/2009].

IT IS ORDERED that the attached Deposition Schedule is made an order of the court and may be altered only upon further order of the court.

Dated January 13, 2009.

BY THE COURT:

*[signature]*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn
Civil Case No. 08-cv-00248-REB-BNB
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

## DEPOSITION SCHEDULE

(rev. 01/12/09)

| Deponent | Date(s) | Total Hours | F&D | White River | HP | M&M/ G-Con | Cookeys | Class | CESM/ B&B | S&S | DPS | Cruzan | Palardy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun Design 30B6 | 2/2/09 – 2/3/09 | 13.0 | 4.0[1] | - | .5 | 1.0 | .5 | 2.0 | .5 | 1.5 | 1.0 | 2.0 | - |
| Dan Robbins | 2/4/09 – 2/5/09 | 12.75 | .5 | - | .25 | 2.5 | 1.0 | 2.0 | 1.0 | 1.5 | 1.5 | 2.5 | - |
| WRT/WRV 30B6 | 3/23/09 – 3/24/09 | 15.5 | 4.0 | - | .25 | 1.0 | 1.0 | 1.0 | 1.5 | 2.0 | .75 | 4.0 | - |
| Phil Vaughn | 3/25/09 – 3/26/09 | 15.5 | 7.0 | 1 | .5 | 1.5 | .25 | 1.5 | .25 | 1.5 | 1.0 | 1.0 | - |
| DPS 30B6 | 4/6/09 – 4/7/09 | 16.5 | 7.0 | 1 | .5 | 1.5 | .75 | 1.5 | .25 | 1.5 | - | 2.5 | - |
| F&D 30B6 | 4/9/09 – 4/10/09 | 16.75 | .5 | 3 | .25 | 2.0 | 1.0 | 1.5 | 1.0 | 2.0 | 1.5 | 2.0 | 2.0 |
| Perini 30B6 | 4/27/09 – 4/29/09 | 32.25 | 1.0 | 6.5 | .75 | 3.0 | 1.0 | 4.0 | 3.5 | 3.5 | 3.0 | 5.0 | 1.0 |
| Bonneville Mtg | 5/15/09 | 5.25 | 4.0 | - | - | - | .75 | - | - | - | - | .5 | - |
| S&S 30B6 | 6/3/09 – 6/5/09 | 33.75 | 7.0[2] | 4.5 | 1.25 | 3.5 | 1.5 | 4.5 | 3.0 | 1.0 | 2.5 | 3.0 | 2.0 |
| Robert Sealey | 6/8/09 | 10.25 | .5 | - | .25 | 1.5 | 1.0 | 1.5 | 1.0 | .5 | 1.0 | 3.0 | - |
| Wilton Guilory | 6/9/09 | 11.25 | 1.0 | .5 | - | - | .75 | 1.0 | .5 | 3.0 | .5 | 4.0 | - |

[1] Units measured in hours.

[2] Counsel for F&D had requested a total of eight (8) deposition hours with Standiferd and Noftsker when calculated individually. When the switch was made to notice S&S as a Rule 30(b)(6), F&D time was reduced to seven (7) hours.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn
Civil Case No. 08-cv-00248-REB-BNB
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

## DEPOSITION SCHEDULE
(rev. 01/12/09)

| | | | | | .5 | .5 | 1.0 | .5 | 1.5 | 2.0 | .5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vectra Bank (Novak and/or Palmer) | 6/11/09 | 8.5 | 2.0 | - | - | - | - | - | - | - | - | - |
| HP Geotech 30B6 | 6/12/09 | 5.25 | - | - | - | .75 | - | .5 | 2.0 | .5 | 1.5 | - |
| Dennis Kojin | 6/22/09 | 11.25 | 1.0 | 2.0 | - | - | .75 | 1.5 | .5 | 2.0 | .5 | 3.0 | - |
| Alan Duncan | 6/23/09 | 10.25 | 2.0 | 2.0 | - | - | .75 | 1.5 | .5 | 2.0 | .5 | 1.0 | - |
| AG Wassenar 30B6 | 6/24/09 | 15.5 | 4.0 | - | 1.0 | 3.0 | .5 | 2.0 | .5 | 2.0 | .5 | 2.0 | - |
| Jonathan Reed | 6/29/09 | | ?[3] | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| Ron Witherspoon | 6/30/09[4] | | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| Deke Noftsker | 7/1/09 | | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| Ron Stadiferd | 7/2/09 | | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| Brian Labbe | 7/6/09 | | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| Sofia Berger | 7/7/09 | | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| Lars Wagner | 7/8/09 | | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| Doug Mize | 7/13/09 | 12.25 | 6.0 | - | - | - | .75 | - | .5 | 3.0 | - | 2.0 | - |
| Messina Custom Painting 30B6 | 7/15/09 | 8.0 | 1.5 | - | - | - | - | - | .5 | 1.0 | - | 1.0 | 4.0 |
| Ernie Hogue | 7/27/09 | 7.75 | .5 | 4.0 | - | - | .75 | 1.0 | .5 | - | .5 | .5 | - |
| Joe Steggs | 7/29/09 | 7.25 | 1.0 | - | .5 | - | .75 | 1.0 | .5 | - | .5 | .5 | 2.0 |
| Kevin Cope | 7/31/09 | 7.25 | 1.5 | 2.0 | - | - | .75 | 1.0 | .5 | - | .5 | .5 | - |

[3] The "?" notation is due to the fact that these depositions may not be necessary following Rule 30(b)(6) depositions.

[4] Counsel for DPS reserves the right to seek a protective order concerning the timing of this deposition.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn
Civil Case No. 08-cv-00248-REB-BNB
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

# DEPOSITION SCHEDULE

(rev. 01/12/09)

| | |
|---|---|
| John Linner | TBD[5] |

---

[5] Counsel for F&D has requested that Mr. Linner be included on the above schedule. Apparently Mr. Linner's deposition will be the subject of a motion. Other counsel have indicated that they may motion the Court for leave to take depositions not listed above. Nothing in this filing should be construed as a party waives any right to file a motion to take a deposition of someone not listed herein.