IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   08-cv-00248-REB-BNB | Date: January 23, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

WHITE RIVER VILLAGE, LLP,                                              Jeffery Stalder

Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF                          Vincent Wegher
MARYLAND,
a Maryland corporation,

Defendant and Third-Party Plaintiff,

v.

HEPWORTH-PAWLAK GEOTECHNICAL, INC.,

Consol Defendant

JONATHAN REED & ASSOCIATES, INC.,                        Jeffery Stalder

S&S JOINT VENTURE,                                                      Jessica Stieber
a New Mexico general partnership,
CLASS CONSTRUCTION, INC.,                                        Sara Holmes
a Colorado corporation,
BELLAVISTA BUILDERS,
a New Mexico corporation,
COOKEY'S MECHANICAL, INC.,
 a Colorado corporation,
CRUZAN CONSTRUCTION COMPANY,                            Claire Munger
a Colorado company,
C.E.S.M., LLC,                                                                  Bruce Shibles
a Colorado limited liabiliaty company,
g. construction inc., A Colorado corporation,
DAVE PALARDY PAINTING, INC.,
 a Colorado corporation,
RENTERIA ROOFING,
 a general partnership,
EC CONTRACTORS, LLC,
a domestic limited liability company,

M.M. SKYLINE CONTRACTING, INC.,                          Stuart Morse
A Colorado corporation a/k/a Skyline Contracting,
STAR PRECAST CONCRETE,
a registrant with the Colorado Secretary of State,
KOJIN CONSTRUCTION, LLC,
a Colorado limited liability company,
B&B PLUMBING, INC.,                                      Bruce Shibles
a Colorado corporation d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD,
d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD.,                            David Nowak
 New Mexico corporation,

                    Defendant(s).

---

## COURTROOM MINUTES

---

## HEARING: MOTIONS

Court in Session:       9:08 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   White River's motion for court order continuing subpoenas filed 12/4/08 (Doc. [194]) is granted as stated on the record.**

**ORDERED:   Defendant/third party plaintiff, Fidelity and Deposit Company of Maryland's unopposed motion for entry of stipulated protective order re: production of Fidelity and Deposit Company of Maryland's personnel files filed 1/22/09 (Doc. 256) is granted as stated on the record.**

**ORDERED:   Defendant/third party plaintiff, Fidelity and Deposit Company of Maryland's unopposed motion for entry of stipulated protective order re: production of Fidelity and Deposit Company of Maryland's financial files filed 1/22/09 (Doc. 257) is granted as stated on the record.**

Court in Recess       9:45 a.m.       Hearing concluded.    Total time in Court:    00:37

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.