**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,

      Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

      Defendant/Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC., et al.,

---

## MINUTE ORDER[1]

---

      Defendant/Third Party Plaintiff Fidelity and Deposit Company of Maryland's **Motion to Vacate Scheduling Order, Trial Preparation Conference Order and Joint Deposition Schedule** [#72], filed September 9, 2008, is **DENIED** as moot. The court's **Second Trial Preparation Conference Order** [#203], filed December 10, 2008, effectively granted the relief sought in that motion.

      Dated: March 23, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.