IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant/Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC., et al.,

---

## ORDER DENYING WITHOUT PREJUDICE
## MOTIONS TO SEVER, BIFURCATE, AND DISMISS

**Blackburn, J.**

This matter is before me on the following: (1) the plaintiffs' **Rule 56 Motion for Determination of Law Regarding Waiver of the Limitation of Liability of the Penal Sum of the Bonds** [#31][1] filed August 5, 2009; (2) the plaintiffs' **Motion To Sever or Bifurcate Fidelity and Deposit Company of Maryland's Third-Party Claims** [#143] filed October 30, 2008; (3) **Defendant/Third Party Plaintiff, Fidelity and Deposit Company of Maryland's Motion To Bifurcate Plaintiff White River's Bad Faith Claim** [#192] filed November 26, 2008; and (4) **Defendant/Third Party Plaintiff, Fidelity and Deposit Company of Maryland's Motion To Dismiss Pursuant to** F<small>ED</small>.

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

R. CIV. P. 12(b)(6) Cookey's Mechanical's Counterclaims Against Fidelity and Deposit Company of Maryland, Dkt. No. 162, Filed November 10, 2008** [#193] filed December 1, 2008.  I deny these motions without prejudice.

Concurrently with this order, I have entered an order granting in part defendant and third-party plaintiff Fidelity and Deposit Company of Maryland's motion to compel arbitration.  In that order I direct that certain of the counterclaims and third-party claims at issue in this case proceed to arbitration and that the balance of this case be stayed pending completion of the arbitration.  Resolution of those claims in arbitration may serve to resolve some or all of the other claims pending in this case that are not subject to arbitration.  The motions listed above concern claims that are not subject to arbitration under the terms of my order compelling arbitration. Therefore, I deny each of the listed motions without prejudice.  Once the arbitration is complete and the stay of this case is lifted, any party that wishes to re-assert a motion addressed in this order may file a brief notice with the court indicating that it wishes to re-assert its previously filed motion, or that party may file a new motion seeking similar relief.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the plaintiffs' **Rule 56 Motion for Determination of Law Regarding Waiver of the Limitation of Liability of the Penal Sum of the Bonds** [#31] filed August 5, 2009, is **DENIED** without prejudice;

2.  That the plaintiffs' **Motion To Sever or Bifurcate Fidelity and Deposit Company of Maryland's Third-Party Claims** [#143] filed October 30, 2008, is **DENIED** without prejudice;

3. That **Defendant/Third Party Plaintiff, Fidelity and Deposit Company of Maryland's Motion To Bifurcate Plaintiff White River's Bad Faith Claim** [#192] filed

November 26, 2008, is **DENIED** without prejudice;

    4. That **Defendant/Third Party Plaintiff, Fidelity and Deposit Company of Maryland's Motion To Dismiss Pursuant to FED. R. CIV. P. 12(b)(6) Cookey's Mechanical's Counterclaims Against Fidelity and Deposit Company of Maryland, Dkt. No. 162, Filed November 10, 2008** [#193] filed December 1, 2008, is **DENIED** without prejudice;

    5. That following the completion of the arbitration of certain claims, as ordered in my Order Concerning Motion To Compel Arbitration, which is filed concurrently with this order, any party that wishes to re-assert a motion addressed in this order **MAY FILE** a brief notice with the court indicating that it wishes to re-assert its previously filed motion, or that party may file a new motion seeking similar relief.

    Dated March 23, 2009, at Denver, Colorado.

                                           **BY THE COURT:**

                                           Robert E. Blackburn
                                           United States District Judge