IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00248-REB-MEH

WHITE RIVER VILLAGE, LLP, and
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

    Defendant and Third-Party Plaintiff,

HEPWORTH-PAWLAK GEOTECHNICAL, INC.,

    Defendant,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
COOKEY'S MECHANICAL, INC.,
CRUZAN CONSTRUCTION CO.,
C.E.S.M., LLC,
G CONSTRUCTION, INC.,
DAVE PALARDY PAINTING, INC.,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC.,
STAR PRECAST CONCRETE,
KOJIN CONSTRUCTION, LLC,
B&B PLUMBING, INC.,
WILLIAM BERESFORD, doing business as William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD.,

    Third-Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2009.**

    In light of Judge Blackburn's March 23, 2009 order staying this litigation, Plaintiff's Motion

to Allow Plaintiffs to Reasonably Inquire and Ask Questions at Depositions, to Notice and Take Depositions or, in the Alternative, for Order Modifying Scheduling Order [filed February 23, 2009; docket #275] and Plaintiff's Motion to Compel Discovery With Regard to Documents on Fidelity and Deposit Company of Maryland's Privilege Log [filed February 23, 2009; docket #277] are **denied without prejudice** with leave to re-file once the stay is lifted, if desired.