**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,

     Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

     Defendant/Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE, a New Mexico general partnership,
CLASS CONSTRUCTION, INC., a Colorado corporation,
BELLAVISTA BUILDERS, a New Mexico corporation,
COOKEY'S MECHANICAL, INC., a Colorado corporation,
CRUZAN CONSTRUCTION COMPANY, a Colorado company,
C.E.S.M., LLC, a Colorado limited liability company,
G CONSTRUCTION, INC., a Colorado corporation,
DAVE PALARDY PAINTING, INC., a Colorado corporation,
RENTERIA ROOFING, a general partnership,
EC CONTRACTORS, LLC, a domestic limited liability company,
M.M. SKYLINE CONTRACTING, INC., a Colorado corporation, a/k/a Skyline Contracting,
STAR PRECAST CONCRETE, a registrant with the Colorado Secretary of State,
KOJIN CONSTRUCTION, LLC, a Colorado limited liability company,
B&B PLUMBING, INC., a Colorado corporation d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD., a New Mexico corporation,

     Third-Party Defendants.

**ORDER DISMISSING DEFENDANT
DAVID PALARDY PAINTING, INC.**

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss David Palardy Painting, Inc., a Colorado Corporation** [#308] filed August 7, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted, and defendant/third party plaintiff's claims against third-party defendant David Palardy Painting, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss David Palardy Painting, Inc., a Colorado Corporation** [#308] filed August 7, 2009, is **GRANTED**;

2. That defendant/third party plaintiff's claims against third-party defendant David Palardy Painting, Inc., are **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs; and

3. That third-party defendant David Palardy Painting, Inc., is **DROPPED** as a named party to this matter, and the case caption is amended accordingly.

Dated August 10, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2