IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00248-REB-MEH

WHITE RIVER VILLAGE, LLP, and
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

    Defendant and Third-Party Plaintiff,

HEPWORTH-PAWLAK GEOTECHNICAL, INC.,

    Defendant,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
COOKEY'S MECHANICAL, INC.,
CRUZAN CONSTRUCTION CO.,
C.E.S.M., LLC,
G CONSTRUCTION, INC.,
DAVE PALARDY PAINTING, INC.,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC.,
STAR PRECAST CONCRETE,
KOJIN CONSTRUCTION, LLC,
B&B PLUMBING, INC.,
WILLIAM BERESFORD, doing business as William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD.,

    Third-Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2010.**

    The Motion to Withdraw Adam Kehrli [filed July 20, 2010; docket #329] is **granted**. Mr. Kehrli's representation of Defendant Fidelity and Deposit Company of Maryland ("F&D") is hereby

terminated.  F&D will continue to be represented by Vincent Wegher and Patrick Hustead of the Hustead Law Firm.