IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00248-REB-MEH

WHITE RIVER VILLAGE, LLP, and
WHITE RIVER TOWNHOMES, LLC,

　　　　Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

　　　　Defendant and Third-Party Plaintiff,

HEPWORTH-PAWLAK GEOTECHNICAL, INC.,

　　　　Defendant,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
COOKEY'S MECHANICAL, INC.,
CRUZAN CONSTRUCTION CO.,
C.E.S.M., LLC,
G CONSTRUCTION, INC.,
DAVE PALARDY PAINTING, INC.,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC.,
STAR PRECAST CONCRETE,
KOJIN CONSTRUCTION, LLC,
B&B PLUMBING, INC.,
WILLIAM BERESFORD, doing business as William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD.,

　　　　Third-Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2010.**

　　　　The Motion to Withdraw of Brandon P. Hull and Nikolai N. Frant, construed as a motion for

removal from the notice function of this Court's CM/ECF system [filed July 20, 2010; docket #331], is **granted**. Although the docket does not reflect the appearance of these attorneys in the case, to the extent that they remain on the CM/ECF for this case, the Court directs the Clerk of the Court to remove Mr. Hull and Mr. Frant from the notice function of the CM/ECF system.