**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,

      Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

      Defendant/Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC., et al.,

      Third-Party Defendants.

---

## ORDER OF ADMINISTRATIVE CLOSURE

---

**Blackburn, J.**

      This matter is before me *sua sponte.* On March 23, 2009, I entered an order
[#301] compelling the parties to arbitrate certain of the claims pending in this case, and
staying proceedings in this court on claims not subject to arbitration.  Having reviewed
the record, I conclude that this case should be closed administratively pending
completion of the arbitrations.  Any party may seek to re-open these cases on a
showing of good cause.

**THEREFORE, IT IS ORDERED** that under **D.C.COLO.LCivR 41.2**, the clerk of the court is **DIRECTED** to close these consolidated civil actions administratively, subject to reopening for good cause.

Dated October 4, 2010, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge