**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant/Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC., et al.,

    Third-Party Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Defendant/third Party Plaintiff, Fidelity and Deposit Company of Maryland's Partially Unopposed Motion For Leave To File a Sur-Reply To Plaintiffs' Reply [Doc. #345]** [#346] filed January 11, 2011. The motion is **GRANTED**. Defendant/third party plaintiff, Fidelity and Deposit Company of Maryland are permitted to file a sur-reply that shall be limited to five (5) pages. Said sur-reply shall be filed on or before **February 2, 2011**.

    Dated: January 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.