**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant/Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC., et al.,

    Third-Party Defendants.

## ORDER LIFTING ADMINISTRATIVE CLOSURE

**Blackburn, J.**

This matter is before me on the **Motion To Reopen Proceedings for the Limited Purpose of Deciding Fidelity and Deposit Company of Maryland's Motion for Summary Judgment Regarding White River's Claims** [#407][1] filed March 23, 2012. The plaintiffs filed a response [#412] and the movant filed a reply [#417]. I grant the motion.

This case was closed administratively pending the arbitration of some of the claims asserted in this case. The arbitration is complete. The parties seek an order confirming the arbitration award and defendant/third-party plaintiff Fidelity and Deposit

---

[1] "[#407]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Company of Maryland seeks an order resolving its motion for summary judgment. Concurrently with this order, I enter orders confirming the arbitration award and resolving the motion for summary judgment. In the end, a few claims remain pending in this case. It is appropriate to re-open this case to resolve the two motions noted in this paragraph and to schedule proceedings to resolve the few claims remaining in this case.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Motion To Reopen Proceedings for the Limited Purpose of Deciding Fidelity and Deposit Company of Maryland's Motion for Summary Judgment Regarding White River's Claims** [#407] filed March 23, 2012, is **GRANTED**;

      2.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action; and

      3.  That on or before April 5, 2013, the parties **SHALL CONTACT** the chambers of United States Magistrate Judge Michael E. Hegarty to schedule a scheduling conference before the magistrate judge.

      Dated March 25, 2013, at Denver, Colorado.

                                                     **BY THE COURT:**

                                                   */s/ Robert E. Blackburn*
                                                   Robert E. Blackburn
                                                   United States District Judge