IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP and WHITE RIVER TOWNHOMES, LLC,

 Plaintiffs/Cross Defendants,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

 Defendant/Third-Party Plaintiff/Counter Defendant,

and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado Corporation,

 Consolidated Defendant,

v.

COOKEY'S MECHANICAL, INC.,

 Third-Party Defendant/Counter Claimant/Cross Claimant/Counter Defendant,

S&S JOINT VENTURE,

 Third-Party Defendant/Cross Defendant/Counter Claimant,

CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
C.E.S.M, LLC,
G CONSTRUCTION, INC.,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting,
STAR PRECAST CONCRETE,
KOJIN CONSTRUCTION, LLC,
B&B PLUMBING, INC., d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting,
DEKKER/PERICH/SABATINI, LTD.,

 Third-Party Defendants,

JONATHAN REED & ASSOCIATES, INC.,

    Third Party/Cross Defendant,

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 12, 2013.**

    Before the Court is a Notice of Settlement filed by Defendant/Third Party Plaintiff Fidelity & Deposit Co. of Maryland (F&D), informing the Court of a settlement between F&D and Third Party Defendant Star Precast Concrete. In light of the settlement, the pending Motion to Set Aside Default filed by Star Precast [filed August 13, 2013; docket #469] is **denied without prejudice**. These parties shall file dismissal papers with the Court **on or before September 30, 2013**.