**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,

     Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

     Defendant/Third-Party Plaintiff,

and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado corporation,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
COOKEY'S MECHANICAL, INC.,
CRUZAN CONSTRUCTION COMPANY,
C.E.S.M, LLC,
G CONSTRUCTION, INC.,
RENTERIA ROOFING,
EC CONSTRUCTION, INC.,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting,
STAR PRECAST CONCRETE,
KOJIN CONSTRUCTION, LLC,
B&B PLUMBING, INC., d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD,

     Third-Party Defendants.

### ORDER OF DISMISSAL AS TO THIRD-PARTY DEFENDANT
### STAR PRECAST CONCRETE, ONLY

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Star Precast Concrete** [#526][1] filed October 21, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that the claims of third-party plaintiff, Fidelity and Deposit Company of Maryland, against third-party defendant, Star Precast Concrete, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Star Precast Concrete** [#526] filed October 21, 2013, is **GRANTED**;

2. That the claims of the third-party plaintiff, Fidelity and Deposit Company of Maryland, against third-party defendant, Star Precast Concrete, are **DISMISSED WITH PREJUDICE**; and

3. That the third-party defendant, Star Precast Concrete, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated October 21, 2013, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge

---

[1] "[#526]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.