**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP, and
WHITE RIVER TOWNHOMES, LLC,

      Plaintiffs/Cross Defendants,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

      Defendant/Third-Party Plaintiff,

v.

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado corporation,

      Consolidated Defendant,

v.

COOKEY'S MECHANICAL, INC.,

      Third-Party Defendant/Counter Claimant/Cross Claimants/Counter Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on **Third Party Defendant Cookey's Mechanical's _Unopposed_ Motion to Stay Response to F&D's Objections to Recommendation of U.S. Magistrate Judge Hegarty's Order re: F&D's Motion to Dismiss Counterclaims by Cookey's Mechanical [Doc. #524] Due to Settlement** [#555] filed November 11, 2013.  After reviewing the motion and the record, the court has concluded that the motion to stay response to F&D's objections should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

---

      [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

1.   That **Third Party Defendant Cookey's Mechanical's _Unopposed_ Motion to Stay Response to F&D's Objections to Recommendation of U.S. Magistrate Judge Hegarty's Order re: F&D's Motion to Dismiss Counterclaims by Cookey's Mechanical [Doc. #524] Due to Settlement** [#555] filed November 11, 2013, is **GRANTED**;

2.   That dismissal documents between Fidelity and Deposit Company of Maryland and Cookey's Mechanical, Inc. **SHALL** be filed by **December 2, 2013**; and

3.   That absent the timely filing of dismissal documents, Cookey's Mechanical shall file its response to [#524] on or before **December 9, 2013**.

Dated:  November 12, 2013