IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP and WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs/Cross Defendants,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

    Defendant/Third-Party Plaintiff/Counter Defendant,

and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado Corporation,

    Consolidated Defendant,

v.

COOKEY'S MECHANICAL, INC.,

    Third-Party Defendant/Counter Claimant/Cross Claimant/Counter Defendant,

S&S JOINT VENTURE,

    Third-Party Defendant/Cross Defendant/Counter Claimant,

CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
C.E.S.M, LLC,
G CONSTRUCTION, INC.,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting,
STAR PRECAST CONCRETE,
KOJIN CONSTRUCTION, LLC,
B&B PLUMBING, INC., d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting,
DEKKER/PERICH/SABATINI, LTD.,

    Third-Party Defendants,

JONATHAN REED & ASSOCIATES, INC.,

    Third Party/Cross Defendant,

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2013.**

    Plaintiffs' Motion for Leave to Exceed Page Limit [filed November 22, 2013; docket #561] is **granted**. The Court will accept Plaintiffs' forthcoming response brief to Defendant Fidelity and Deposit Co. of Maryland's (F&D) motion for partial summary judgment.

    Although the Court agrees with the Plaintiffs that F&D failed to comply with Judge Blackburn's practice standard regarding page limitations, in light of this order, the Court finds it in the interests of justice and judicial efficiency to accept as filed F&D's motion for partial summary judgment (docket #551). Therefore, Plaintiffs' Motion to Strike the partial motion for summary judgment [filed November 22, 2013; docket #560] is **denied as moot**. However, F&D's reply brief will be limited to no more than five pages in length.