**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,
WHITE RIVER TOWNHOMES, LLC,

Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

Defendant/Third-Party Plaintiff,

and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado corporation,

Consolidated Defendant,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
G CONSTRUCTION, INC.,
RENTERIA ROOFING,
EC CONSTRUCTION, INC.,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting,
KOJIN CONSTRUCTION, LLC,
B&B PLUMBING, INC., d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD,

Third-Party Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on the **Defendant/Third-party Plaintiff Fidelity and**

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**Deposit Company of Maryland's Motion for Leave to File Rule 56 Motion in Excess of Page Limitations Set Forth in REB Civ. Practice Standard IV.B.2**[#588] filed December 13, 2013.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant/Third-party Plaintiff Fidelity and Deposit Company of Maryland's Motion for Leave to File Rule 56 Motion in Excess of Page Limitations Set Forth in REB Civ. Practice Standard IV.B.2**[#588] is **GRANTED**; and

2. That the proposed Defendant/Third Party Plaintiff Fidelity and Deposit Company of Maryland's Rule 56 Motion for Summary Judgment (Exhibit A) [#588-1] is **accepted** for filing as of **December 16, 2013**.

Dated: December 23, 2013