**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,
v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant/Third-Party Plaintiff,
and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado corporation,

    Consolidated Defendant,
v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
G CONSTRUCTION, INC.,
RENTERIA ROOFING,
EC CONSTRUCTION, INC.,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting,
KOJIN CONSTRUCTION, LLC,
B&B PLUMBING, INC., d/b/a B&B Plumbing and Heating,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD,

    Third-Party Defendants.

**ORDER OF DISMISSAL AS TO
THIRD-PARTY DEFENDANTS, B & B PLUMBING, INC., AND KOJIN
CONSTRUCTION, LLC**

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss B & B Plumbing, Inc.** [#590][1] and **Stipulated Motion To Dismiss Kojin Construction, Inc.**,[2] [#591] filed December 16, 2013.  After reviewing the motions and the record, I conclude that the motions should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss B & B Plumbing, Inc.**, [#590] is **GRANTED**;

2.  That the **Stipulated Motion To Dismiss Kojin Construction, Inc.**, [#591] is **GRANTED**;

3.  That the third-party claims of the third-party plaintiff, Fidelity and Deposit Company of Maryland, against third-party defendants, B&B Plumbing, Inc., and Kojin Construction, LLC, are **DISMISSED WITH PREJUDICE**; and

4.  That third-party defendants, B & B Plumbing, Inc. and Kojin Construction, LLC, are **DROPPED** as a named party to this action, and the case caption is **AMENDED** accordingly.

Dated December 24, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#590]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] In its third-party complaint [#65], Fidelity and Deposit names Kojin Construction, LLC as a third-party defendant.  The stipulated motion [#591] speaks of Kojin Construction, Inc.  I identify this party using the name designated in the third-party complaint [#65].

2