**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant/Third-Party Plaintiff,

and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado corporation,

    Consolidated Defendant,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
G CONSTRUCTION, INC.,
RENTERIA ROOFING,
EC CONSTRUCTION, INC.,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting,
WILLIAM BERESFORD, d/b/a William Beresford Painting, and
DEKKER/PERICH/SABATINI, LTD,

    Third-Party Defendants.

**ORDER OF DISMISSAL AS TO THIRD-PARTY DEFENDANTS, G. CONSTRUCTION, INC., AND WILLIAM BERESFORD, D/B/A WILLIAM BERESFORD PAINTING**

Blackburn, J.

    The matter is before me on the **Stipulated Motion To Dismiss G. Construction,**

**Inc.** [#604][1] filed December 23, 2013, and **Stipulated Motion To Dismiss William Beresford, d/b/a William Beresford Painting** [#605] filed December 23, 2013. After reviewing the motions and the record, I conclude that the motions should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss G. Construction, Inc.** [#604] is **GRANTED**;

2. That the **Stipulated Motion To Dismiss William Beresford, d/b/a William Beresford Painting** [#605] is **GRANTED**;

3. That the third-party claims of the third-party plaintiff, Fidelity and Deposit Company of Maryland, against third-party defendants, G. Construction, Inc., and William Beresford, d/b/a William Beresford Painting, are **DISMISSED WITH PREJUDICE**; and

4. That third-party defendants, G. Construction, Inc., and William Beresford, d/ba William Beresford Painting, are **DROPPED** as named parties to this action, and the case caption is **AMENDED** accordingly.

Dated December 31, 2013, at Denver, Colorado.

                                         **BY THE COURT:**

                                         *Bob Blackburn*
                                         Robert E. Blackburn
                                         United States District Judge

---

[1] "[#604]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.