# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP and
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Defendant & Third-Party Plaintiff,

and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado Corporation,
Consolidated Defendant,

v.

S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting,
DEKKER/PERICH/SABATINI, LTD., and
JONATHAN REED & ASSOCIATES, INC.,

    Third-Party Defendants.

## ORDER OF DISMISSAL AS TO S&S JOINT VENTURE, ONLY

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss S&S Joint**

**Venture** [#631][1] filed March 19, 2014. After reviewing the motion and the record, I conclude that the motion should be granted and that the claims of third-party plaintiff, Fidelity and Deposit Company of Maryland, against third-party defendant, S&S Joint Venture, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss S&S Joint Venture** [#631] filed March 19, 2014, is **GRANTED**;

2. That the claims of third-party plaintiff, Fidelity and Deposit Company of Maryland, against third-party defendant, S&S Joint Venture, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That third-party defendant, S&S Joint Venture, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 19, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#631]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2