IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP, and
WHITE RIVER TOWNHOMES, LLC,

      Plaintiffs/Counter Defendants,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

      Defendant/Counter Claimant/Third-Party Plaintiff,

and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado Corporation,

      Consolidated Defendant,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting,
DEKKER/PERICH/SABATINI, LTD.,

      Third-Party Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 28, 2014.**

      Plaintiffs' Motion to Modify Proposed Deposition Schedule [filed April 25, 2014; docket #641] is **denied without prejudice** for failing to sufficiently explain the need to delay certain depositions indefinitely. Doing so may, indeed, affect the current discovery cutoff, despite Plaintiff's statement to the contrary.