IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP, and
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs/Counter Defendants,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

    Defendant/Counter Claimant/Third-Party Plaintiff,

and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado Corporation,

    Consolidated Defendant,

v.

JONATHAN REED & ASSOCIATES, INC.,
S&S JOINT VENTURE,
CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting,
DEKKER/PERICH/SABATINI, LTD.,

    Third-Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 16, 2014.**

    For good cause shown, Plaintiffs' Motion to Amend Deposition Schedule [filed May 15, 2014; docket #656] is **granted**. The operative deposition schedule (docket #580) shall be modified as set forth in the present motion.