**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP and
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Defendant & Third-Party Plaintiff,

and

HEPWORTH-PAWLAK GEOTECHNICAL, INC., a Colorado Corporation,
Consolidated Defendant,

v.

CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting, and
JONATHAN REED & ASSOCIATES, INC.,

    Third-Party Defendants.

**ORDER OF DISMISSAL AS TO CONSOLIDATED DEFENDANT
HEPWORTH-PAWLAK GEOTECHNICAL, INC., ONLY**

**Blackburn, J.**

    The matter is before the court on the **Stipulation For Dismissal of Hepworth-Pawlak Geotechnical, Inc.** [#688][1] filed September 19, 2014. After

---

[1] "[#688]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this

reviewing the stipulation and the record, the court has concluded that the stipulation should be approved and that plaintiffs' claims against consolidated defendant, Hepworth-Pawlak Geotechnical, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Stipulation For Dismissal of Hepworth-Pawlak Geotechnical, Inc.** [#688] filed September 19, 2014, is **APPROVED**;

2. That plaintiffs' claims against consolidated defendant, Hepworth-Pawlak Geotechnical, Inc., are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That consolidated defendant, Hepworth-Pawlak Geotechnical, Inc., is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated September 19, 2014, at Denver, Colorado.

                                        **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

convention throughout this order.

2