**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP and
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Defendant & Third-Party Plaintiff,

v.

CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting, and
JONATHAN REED & ASSOCIATES, INC.,

    Third-Party Defendants.

---

## MINUTE ORDER[1]

---

In light of the order [#676] dismissing the claims asserted against third-party defendant Dekker/Perich/Sabatini, the motion for summary judgment [#503] of Dekker/Perich/Sabatini is **DENIED** as moot.

Dated: September 24, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.