IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

WHITE RIVER VILLAGE, LLP and
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Defendant & Third-Party Plaintiff,

v.

CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting, and
JONATHAN REED & ASSOCIATES, INC.,

    Third-Party Defendants.

---

## ORDER APPROVING STIPULATION FOR DISMISSAL OF
## THIRD-PARTY CLAIMS AGAINST CLASS CONSTRUCTION, INC.

**Blackburn, J.**

The matter is before the court on the **Stipulation For Dismissal of Third-Party Claims Against Class Construction, Inc.** [#698][1] filed September 29, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be

---

[1] "[#698]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

approved and that the third-party claims of the third-party plaintiff Fidelity and Deposit Company of Maryland against third-party defendant Class Construction, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal of Third-Party Claims Against Class Construction, Inc.** [#698] filed September 29, 2014, is **APPROVED**;

2. That the third-party claims of the third-party plaintiff Fidelity and Deposit Company of Maryland against third-party defendant Class Construction, Inc., are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

3. That this stipulation does not involve any admission of liability or fault by Fidelity and Deposit Company of Maryland or Class Construction, Inc.; and

4. That third-party defendant Class Construction, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated October 6, 2014, at Denver, Colorado.

                                             **BY THE COURT:**

*Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge