**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP and
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Defendant & Third-Party Plaintiff,

v.

CLASS CONSTRUCTION, INC.,
BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting, and
JONATHAN REED & ASSOCIATES, INC.,

    Third-Party Defendants.

**AMENDED ORDER APPROVING STIPULATION FOR DISMISSAL OF
THIRD-PARTY CLAIMS AGAINST CLASS CONSTRUCTION, INC.**

**Blackburn, J.**

    The matter is before the court on the **Unopposed Motion Under F.R.C.P. 60 and 46 For Amendment of Order Approving Stipulation For Dismissal of Third-Party Claims Against Class Construction, Inc.** [#700][1] filed October 13, 2014.  The

---

[1] "[#700]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

motion is granted.

As noted by the moving parties, the language concerning attorney fees in paragraph two (2) on page two (2) of the **Order Approving Stipulation For Dismissal of Third-Party Claims Against Class Construction, Inc.** [#699] filed October 6, 2014, does not track precisely the language in the stipulation [#698] of the parties. In this amended order, the precise language concerning attorney fees as proposed by the parties is included. Otherwise, the stipulation of dismissal [#698] is approved on the same terms.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion Under F.R.C.P. 60 and 46 For Amendment of Order Approving Stipulation For Dismissal of Third-Party Claims Against Class Construction, Inc.** [#700] filed October 13, 2014, is **GRANTED**;

2. That the **Order Approving Stipulation For Dismissal of Third-Party Claims Against Class Construction, Inc.** [#699] entered October 6, 2014, is **WITHDRAWN** and is **SUPPLANTED** by this amended order;

3. That the **Stipulation For Dismissal of Third-Party Claims Against Class Construction, Inc.** [#698] filed September 29, 2014, is **APPROVED**;

4. That the third-party claims of the third-party plaintiff Fidelity and Deposit Company of Maryland against third-party defendant Class Construction, Inc., are **DISMISSED WITH PREJUDICE**;

4. That neither Fidelity and Deposit Company of Maryland nor Class Construction, Inc. shall seek to recover attorney fees and/or costs from the other;

5. That the **Stipulation For Dismissal of Third-Party Claims Against Class Construction, Inc.** [#698] filed September 29, 2014, does not involve any admission of

liability or fault by Fidelity and Deposit Company of Maryland or Class Construction, Inc.; and

      6.  That third-party defendant Class Construction, Inc. is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

      Dated October 22, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge