**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP and
WHITE RIVER TOWNHOMES, LLC,

    Plaintiffs,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

    Defendant & Third-Party Plaintiff,

v.

BELLAVISTA BUILDERS,
CRUZAN CONSTRUCTION COMPANY,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,
M.M. SKYLINE CONTRACTING, INC., a/k/a Skyline Contracting, and
JONATHAN REED & ASSOCIATES, INC.,

    Third-Party Defendants.

**ORDER OF DISMISSAL AS TO THIRD-PARTY CLAIMS
AGAINST MM SKYLINE CONTRACTING, INC., ONLY**

**Blackburn, J.**

The matter is before the court on the **Stipulation for Dismissal of Third-Party Claims Against MM Skyline Contracting, Inc.** [#710][1] filed December 23, 2014. After reviewing the stipulation and the record, I conclude the stipulation should be approved and that the third-party claims of Fidelity and Deposit Company of Maryland against

---

[1] "[#710]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

M.M. Skyline Contracting, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Third-Party Claims Against MM Skyline Contracting, Inc.** [#710] filed December 23, 2014, is approved;

2. That the third-party claims of the defendant/third-party plaintiff, Fidelity and Deposit Company of Maryland, against third-party defendant, M.M. Skyline Contracting, Inc., are dismissed with prejudice with each of the affected parties to pay its own attorney fees and costs; and

3. That third-party defendant MM Skyline Contracting, Inc. is dropped as a named party to this action, and the case caption is amended accordingly.

Dated March 12, 2015, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge