**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

      Third-Party Plaintiff,

v.

CRUZAN CONSTRUCTION COMPANY,
BELLAVISTA BUILDERS,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,

      Third-Party Defendants.

---

**ORDER OF DISMISSAL AS TO THIRD-PARTY DEFENDANT
CRUZAN CONSTRUCTION COMPANY**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation for Dismissal of Third-Party Claims Against Cruzan Construction Company** [#711][1] filed January 15, 2015.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that the claims of third-party plaintiff, Fidelity and Deposit Company of Maryland, against third-party defendant, Cruzan Construction Company, should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation for Dismissal of Third-Party Claims Against Cruzan**

---

[1]  "[#711]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Construction Company** [#711] filed January 15, 2015, is approved;

    2.  That the claims of the third-party plaintiff, Fidelity and Deposit Company of Maryland, against third-party defendant, Cruzan Construction Company, are dismissed with prejudice;

    3.  That third-party plaintiff, Fidelity and Deposit Company of Maryland, and third-party defendant, Cruzan Construction Company, shall not seek to recover attorney fees and/or costs from the other based on the claims asserted in this case;

    4.  That Cruzan Construction Company is dropped as a party to this action and the caption is amended accordingly.

    Dated April 6, 2015, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2