**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-BNB)

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

    Third-Party Plaintiff,

v.

BELLAVISTA BUILDERS,
RENTERIA ROOFING,
EC CONTRACTORS, LLC,

    Third-Party Defendants.

**ORDER OF DISMISSAL AS TO FIDELITY AND DEPOSIT COMPANY OF
MARYLAND'S THIRD-PARTY CLAIMS AGAINST
REMAINING THIRD-PARTY DEFENDANTS**

**Blackburn, J.**

    The matter is before me on the **Dismissal of Fidelity and Deposit Company of Maryland's Third-Party Claims Against All Remaining Third-Party Defendants** [#717][1] filed April 2, 2015.  After reviewing the stipulation and the record, I conclude the motion should be approved and that the claims of third-party plaintiff, Fidelity and Deposit Company of Maryland, against the remaining third-party defendants, Bellavista Builders, Renteria Roofing, and EC Contractors, LLC, should be dismissed without prejudice.

    With the dismissal of the third party claims against third-party defendants

---

[1] "[#717]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Bellavista Builders, Renteria Roofing, and EC Contractors, LLC, all claims, counterclaims, and third-party claims asserted in this case have been resolved. I note that the orders docketed as [#715 & #716] resolved all remaining claims between and among Fidelity & Deposit Company of Maryland on one hand and White River Village, LLP, White River Townhomes, LLC, and Jonathan Reed and Associates, Inc. on the other hand. Thus, I conclude that this case may and should be closed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Dismissal of Fidelity and Deposit Company of Maryland's Third-Party Claims Against All Remaining Third-Party Defendants**, is approved;

2. That the claims of third-party plaintiff, Fidelity and Deposit Company of Maryland, against the remaining third-party defendants, Bellavista Builders, Renteria Roofing, and EC Contractors, LLC, are dismissed without prejudice with each of the affected parties to pay its own attorney fees and costs;

3. That all pending pretrial deadlines are vacated;

4. That the combined Final Pretrial Conference/Trial Preparation Conference set June 19, 2015, is vacated;

5. That the jury trial set to commence July 6, 2015, is vacated; and

6. That this case is closed.

Dated April 6, 2015, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge